JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKHIL JHAVERI, an individual, and ELA JHAVERI, an individual.<br><br>          Plaintiffs,<br><br>     v.<br><br>ADT SECURITY SERVICES, INC. and DOES 1-25, inclusive.<br><br>          Defendants. | Case No: CV 11–4426-MWF(PLAx)<br><br>**ORDER GRANTING PLAINTIFFS' AND DEFENDANT'S STIPULATION FOR ENTRY OF JUDGMENT** |

The Court has authority to order entry of a stipulated judgment for the purpose of facilitating a party's appeal of a critical adverse ruling. *See, e.g., U.A. Local 342 Apprenticeship & Training Trust v. Babcock & Wilcox Const. Co., Inc.,* 396 F.3d 1056, 1058 (9th Cir. 2005) (recognizing appealability of a stipulated judgment intended to set an amount of damages in order to facilitate appeal). Accordingly, after considering Plaintiffs' and Defendant's Stipulation for Entry of Judgment (Docket No. 49), and good causing having been shown:

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED.

**IT IS FURTHER ORDERED** that judgment shall be entered in Plaintiffs' favor in the amount of $1,500 on Plaintiffs' Fifth Claim for Relief for breach of contract.

1  **IT IS FURTHER ORDERED** that the parties reserve their rights to appeal all of the Court's rulings to date.

2  **IT IS FURTHER ORDERED** that if the United States Court of Appeals for the Ninth Circuit reverses any of the Court's orders and remands the case back to this Court, then the parties agree to vacate the stipulation entering judgment and judgment in Plaintiffs' favor on the breach of contract claim.

3  **IT IS FURTHER ORDERED** that Plaintiffs and Defendant are each to bear their own respective costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 6, 2012

The Hon. Michael W. Fitzgerald,
United States District Court Judge