JS-6

FILED
CLERK, U.S. DISTRICT COURT

1/11/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

# O R D E R

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKHIL JHAVERI, an individual, and ELA JHAVERI, an individual., <br><br>    Plaintiffs, <br><br>  v. <br><br> ADT SECURITY SERVICES, Inc., and DOES 1-25, inclusive, <br><br>    Defendants. | Case No. 2:11-cv-04426 <br><br> **JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE

1  TO THE COURT, CLERK OF COURT, AND ALL PARITES AND THEIR
2  COUNSEL OF RECORD:
3       Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
4  plaintiffs NIKHIL JHAVERI and ELA JHAVERI ("Plaintiffs") and defendant ADT
5  SECURITY SERVICES, INC. ("Defendant"), hereby stipulate and agree that all
6  matters herein between them have been compromised and settled, and to dismiss the
7  above-captioned action *with prejudice.*

9  Dated: January 8, 2016                DOLL AMIR & ELEY LLP

11                                        By:  /s/ Gregory L. Doll
12                                             Gregory L. Doll
                                          Attorneys for plaintiffs, NIKHIL JHAVERI
13                                        and ELA JHAVERI

15  Dated: January 8, 2016                SHOOK, HARDY & BACON L.L.P
16

17                                        By:  /s/ Aaron K. Kirkland
18                                             Aaron K. Kirkland
                                          Attorneys for defendant, ADT SECURITY
19                                        SERVICES, INC.

20
21       I, Gregory L. Doll, am the ECF user whose identification and password are
    being used to file this Stipulation. I hereby attest that Aaron K. Kirkland has
22  concurred in this filing.
23
    /s/ Gregory L. Doll
24
25                         IT IS SO ORDERED.
26
27
28  Dated: January 11, 2016                _____
                                           Hon. Michael W. Fitzgerald
                                           United States District Judge

1
JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE